IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY BORDENKIRCHER ET AL, <br><br>Plaintiffs, <br>v. <br><br>BANK OF AMERICA ET AL, <br><br>Defendants. | CASE NO. 5:13-CV-03408-EJD <br><br>**CASE MANAGEMENT ORDER** |

This case is scheduled for a Case Management Conference on January 24, 2014. Based on the parties' Joint Case Management Statement and proposed schedule (see Docket Item No. 22), the court has determined that a Case Management Conference is premature at this time. Accordingly, the Case Management Conference is VACATED. The Court will reset the conference if necessary.

**IT IS SO ORDERED.**

Dated: January 21, 2014

EDWARD J. DAVILA
United States District Judge

CASE NO. 5:13-CV-03408-EJD
CASE MANAGEMENT ORDER

1