IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY BORDENKIRCHER ET AL,

    Plaintiff,

  v.

BANK OF AMERICA ET AL,

    Defendant.

No. 5:13-cv-03408-EJD

**ORDER TO SHOW CAUSE RE: SETTLEMENT**

The parties, having filed a settled fully with the Court appointed mediator on **April 25, 2014** (See Docket Item No. 30), are ordered to appear before the Honorable Edward J. Davila on June 27, 2014 at 9:00 AM in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b).  On or before **June 20, 2014**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **June 20, 2014.**

All other pretrial deadlines and hearing dates are VACATED and any pending motions are TERMINATED.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

**IT IS SO ORDERED.**

Dated: April 28, 2014

                                                  EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE